**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6211**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAPHITH ORLANDO TATE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
Chief District Judge.  (CR-98-281, CA-01-468-1)

_____

Submitted:  April 25, 2002              Decided:  May 8, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Japhith Orlando Tate, Appellant Pro Se.  Angela Hewlett Miller,
OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Japhith Orlando Tate seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Tate</u>, Nos. CR-98-281; CA-01-468-1 (M.D.N.C. Nov. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2